IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

COREY DUSTIN MONGIOVI,

      Appellant,

                                Case No.  5D21-2259
v.                              LT Case No. 2021-MM-001561-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 7, 2022

Appeal from the County Court
for Lake County,
Jason J. Nimeth, Judge.

Matthew J. Metz, Public Defender, and
Andrew Mich, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Robin A. Compton, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

COHEN, WALLIS and WOZNIAK, JJ., concur.